IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELIA FIDELINA VILLANUEVA, | ) | No. C 05-3594 MMC (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | (Docket No. 3) |
| Respondent. | ) | |
| _____ | ) | |

     Petitioner, proceeding pro se, filed the above-titled action on September 7, 2005. That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the filing fee or, alternatively, to submit a signed and completed court-approved in forma pauperis ("IFP") application. Along with that notice, the Court sent to petitioner copies of the Court's IFP application, instructions for completing the application, and a stamped return envelope. Petitioner was advised that failure to pay the filing fee or to file a completed IFP application within thirty days would result in dismissal of the action. Although petitioner has returned the application, it is incomplete. Specifically, petitioner failed to return the certification of funds form completed and signed by an authorized official, and did not return her trust account statement showing transactions for the last six months. Because petitioner has not paid the filing fee or filed a completed IFP application form, the above-titled action is hereby DISMISSED without prejudice.

     The Clerk shall close the file and terminate Docket No. 3.

     IT IS SO ORDERED.

DATED: October 24, 2005

_____
MAXINE M. CHESNEY
United States District Judge